**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

AMIRRA SUMMERS,

    Plaintiff,

-vs-                                  CASE NO.: 1:19-CV-00012

HALSTED FINANCIAL SERVICES, LLC,

    Defendant.

_____/

## **NOTICE OF SETTLEMENT**

    Plaintiff, Amirra Summers, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated: June 26, 2019

                                                           */s/Frank H. Kerney, III, Esquire*
                                                            Frank H. Kerney, III, Esquire
                                                            Florida Bar #: 88672
                                                            Morgan & Morgan, Tampa, P.A.
                                                            201 North Franklin Street, 7th Floor
                                                            Tampa, FL 33602
                                                           Telephone: (813) 223-5505
                                                           Facsimile: (813) 223-5402
                                                           fkerney@forthepeople.com
                                                           snazario@forthepeople.com
                                                           mmartinez@forthepeople.com
                                                           *Counsel for Plaintiff*