**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

AMIRRA SUMMERS,

    Plaintiff,

-vs-                                                    CASE NO.: 1:19-CV-00012

HALSTED FINANCIAL SERVICES, LLC,

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    **COMES NOW** the Plaintiff, Amirra Summers, and the Defendant, Halsted Financial Services, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

    Respectfully submitted this 22nd day of July, 2019.

| | |
|---|---|
| /s/ *Frank H. Kerney, III, Esquire* | /s/ *Brian S. Glass, Esq., CRCP* |
| Frank H. Kerney, III, Esquire | Brian Glass (Lead Trial Attorney) |
| Florida Bar #: 0088672 | General Counsel for Halsted Financial |
| Morgan & Morgan Tampa, P.A. | Services, LLC |
| One Tampa City Center | 8001 Lincoln Ave., Suite 500 |
| Tampa, FL 33602 | Skokie, IL 60077 |
| Telephone: (813) 223-5505 | P: (312) 286-6616 |
| fkerney@forthepeople.com | E: bglass@halstedfinancial.com |
| mmartinez@forthepeople.com | *Counsel for Defendant* |
| *Counsel for Claimants* | |